No. 1622. WHDH, INC. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.;

No. 1708. CHARLES RIVER CIVIC TELEVISION, INC. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 1716. GREATER BOSTON TELEVISION CORP. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of these petitions. Reported below: 143 U. S. App. D. C. 383, 444 F. 2d 841. [For earlier order herein, see 402 U. S. 1007.]

No. 1643. BRANDO v. COFFMAN ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted.

No. 1746. NATIONAL GYPSUM Co. ET AL. v. UNITED STATES GYPSUM Co. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.

No. 6880. MARIN v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE STEWART are of the opinion that certiorari should be granted.

No. 6908. THERIAULT v. HARRIS, WARDEN. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 481, Misc., October Term, 1964. BRADY v. OHIO, 381 U. S. 904, 957. Motion for leave to file second petition for rehearing denied. THE CHIEF JUSTICE, MR. JUSTICE MARSHALL, and MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.